UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 04 CR 778 |
| v. ) | |
| ) | Judge Kendall |
| BEATA KASZUBA, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO CLARIFY RESTITUTION ORDER**

The United States of America, by John R. Lausch, Jr, United States Attorney for the Northern District of Illinois, requests this court to enter an order clarifying the restitution liability of defendant Beata Kaszuba, and in support states as follows:

1. Defendant Beata Kaszuba was sentenced on December 28, 2005. Pursuant to 18 U.S.C. § 3663A, Kaszuba was ordered to pay joint and several restitution in the amount of $119,318 to victim American Family Insurance, Progressive Insurance, and State Farm Insurance. The case included 16 defendants and eight victims.

2. The United States does not seek to change the amount of restitution owed by each defendant here, but rather seeks to clarify the joint and several liability of the defendants.

3. The procedures for issuance and enforcement of orders of restitution are set forth in 18 U.S.C. § 3664. When multiple defendants have contributed to the loss of victims, § 3664(h) provides that the court may impose joint and several liability on the defendants.

4. In order to ensure that the victim is made whole, the United States pursues collection against joint and several defendants to the extent that assets are recoverable from a given defendant, up to the point a victim is made whole but without a defendant paying more than for which they are liable. Under this premise, when a joint and several defendant is solely liable for

a restitution amount in excess of the joint and several portion of their liability, the government first applies the defendant's payments to the amount for which she is solely liable before any payments are applied to the joint and several portion of the restitution.

4. Under the accounting procedure outlined in the preceding paragraph, any payments received from other defendants for a single victim should be first applied to the portion of the judgment that those defendants are solely liable for.

5. For victim American Family Insurance, each joint and several co-defendant, which includes co-defendants William Kurczodyna and Witold Osinski will first satisfy the amount of the joint and several restitution that is above the $40,423 restitution ordered against Kazuba.[1] As a result of this payment application, Kaszuba has received $15,341.46 in credit from payments made by her joint and several co-defendants for American Family Insurance and shehas a current balance of $17,318.58.

6. For victim Progressive Insurance, each joint and several co-defendant Osinski will first satisfy the amount of the joint and several restitution that is above the $33,637 restitution ordered against Kaszuba. As a result of this payment application, Kazuba has received $18,804.23 in credit from payments made by her joint and several co-defendants and she has a current balance of $29,945.07.

7. Kaszuba's restitution to State Farm Insurance is *not* joint and several and she is the sole judgment debtor. Therefore, her judgment balance remains $17,737.26.

---

[1] The United States previously filed a report on joint and several restitution on November 6, 2008, which improperly indicated that each defendant who owed the same insurance company was jointly and severally liable with every other co-defendant who also owed that insurance company. Dkt. 567. However, only the defendants who were actually involved in each transaction are jointly and severally liable.

WHEREFORE, the United States requests the entry of an order clarifying that defendant Kaszuba is only to get credit from payments by her joint and several co-defendants when the individual co-defendant's balances no longer exceed the balance of her own judgment debt, and that she remains indebted in the amounts of $17,318.58 to American Family Insurance, $29,945.07 to Progressive Insurance, and $17,737.26 to State Farm Insurance, for a total indebtedness of $65,000.90.

    Respectfully submitted,

    JOHN R. LAUSCH, Jr.
    United States Attorney

    By: s/ Scott D. Heffron
        SCOTT D. HEFFRON
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 886-4190
        scott.heffron@usdoj.gov